# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160

February 17, 2020

GRANTED.  The Initial Pretrial Conference previously scheduled for February 21, 2020 is hereby adjourned to April 1, 2020 at 11:30AM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.  SO ORDERED.

Date:  2/19/2020
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

**VIA CM/ECF**

Honorable Judge Mary Kay Vyskocil
United States District Court
500 Pearl Street - Courtroom  18C
New York, NY 10007

Re:    Norris v. VV&V Brothers 653 Corp., d/b/a Cara Mia Italian Rest., et al.
          Case 1:19-cv-08988-MKV

Dear Judge Vyskocil:

The undersigned represents the Plaintiff in the above-captioned case matter.

The Initial Pretrial Conference in this matter was scheduled for February 21, 2020 at 3:15 p.m. in this matter.  However, Defendants have not yet appeared in this matter, having been properly served through the Secretary of State [D.E. 8 & D.E. 9].  In order to allow the parties adequate time to engage in early settlement discussions, while affording additional time for the defendants to appear, a 30-day adjournment of the Conference is hereby respectfully requested to a date most convenient to this Honorable Court.

This Court may wish to take notice that this is the first request for adjournment, filed by the undersigned with regard to this Conference.  Thank you for your attention to this matter.

Yours very truly,

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  2/19/2020

By:  /S/ B. Bradley Weitz
     B. Bradley Weitz, Esq. (BW9365)
     THE WEITZ LAW FIRM, P.A.
     Attorney for Plaintiff
     Bank of America Building
     18305 Biscayne Blvd., Suite 214
     Aventura, Florida 33160
     Telephone: (305) 949-7777
     Facsimile: (305) 704-3877
     Email: bbw@weitzfirm.com