| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 3/17/2020 |

| | |
|---|---|
| NAMEL NORRIS,<br><br>                Plaintiff,<br><br>-against-<br><br>VV&V BROTHERS 653 CORP. d/b/a CARA MIA ITALIAN RESTAURANT and 693 NINTH AVENUE PARTNERS, LLC,<br><br>                Defendants. | 1:19-cv-08988-MKV<br><br>ORDER |

MARY KAY VYSKOCIL, United States District Judge:

It is hereby ORDERED that Plaintiff and any Defendant that has appeared are instructed to file a joint letter with the Court on or before March 24, 2020 (i) updating the Court on the status of previously referenced settlement negotiations (*see* ECF 10); (ii) advising the Court whether the parties wish to be referred to mediation; and (iii) advising whether Plaintiff intends to seek a default against the non-answering Defendant. The letter should be filed on ECF and a courtesy copy should be emailed to chambers.

The parties' requests for a temporary stay [ECF 16 and 17] are GRANTED. The Court will revisit the stay after submission of the parties' joint status letter. It is further ORDERED that the Initial Pretrial Conference scheduled for April 7, 2020 is adjourned *sine die*.

**SO ORDERED.**

**Date: March 17, 2020**　　　　　　　　　　　　　　　　**MARY KAY VYSKOCIL**
**　　　　New York, NY**　　　　　　　　　　　　　　　　**United States District Judge**