

**Erika H. Rosenblum, Esq.**

Email: ERosenblum@kdvlaw.com

**Kaufman Dolowich & Voluck, LLP**
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/8/2020
```

June 4, 2020

**VIA ECF**
District Judge Mary K. Vyskocil
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Granted. SO ORDERED.**

Date: 6/8/2020
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

Re: **Namel Norris v. VV&V Brothers 653 Corp d/b/a Cara Mia Italian Restaurant and 693 Ninth Avenue Partners, LLC**
<u>Index No.: 19-cv-08988 (MKV)</u>

Dear Judge Vyskocil:

This firm represents the Defendant, 693 Ninth Avenue Partners, LLC ("Defendant"), in the above-referenced matter. Please allow this submission to serve as the parties' Joint Status Report as per the Court's directive on May 7, 2020.

Defendant has commenced its investigation of the allegations in the Complaint, but has not been able to complete the investigation in its entirety due to the continued mandate for business closures in New York City. Thus, the parties have not yet engaged in discussions regarding possible resolution, but hope to do so soon. As such, we write, with the consent of Plaintiff's counsel, to respectfully request a further stay, until July 10, 2020, of this action.

We thank Your Honor for all courtesies extended.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

*/s/ Erika Rosenblum*
Erika Rosenblum

Cc: All Counsel of Record (*via* ECF)

4852-5732-8319, v. 1