

**Belkin · Burden · Goldman, LLP**
ATTORNEYS AT LAW

270 Madison Avenue
New York, N.Y. 10016
Tel: 212.867.4466
Fax: 212.297.1859
www.bbgllp.com
jsolomon@bbgllp.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/24/2020

July 15, 2020

> GRANTED. All proceedings are stayed for thirty (30) days from the date of this order, or August 23, 2020. However, there will be no further stays in this action. If the parties have not submitted a stipulation of dismissal, the deadline to answer or otherwise respond to the complaint will be August 30, 2020. SO ORDERED.
>
> Date: 7/24/2020    *Mary Kay Vyskocil*
> New York, New York    Mary Kay Vyskocil
>    United States District Judge

**Via ECF**
Hon. Mary K. Vyskocil
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

RE: Namel Norris v. VV&V Brothers 653 Corp d/b/a Cara Mia Italian Restaurant and 693 Ninth Avenue Partners, LLC
<u>Index No.: 19-cv-08988 (MKV)</u>

Dear Judge Vyskocil:

      This firm was recently substituted into the case as attorneys for Defendant, 693 Ninth Avenue Partners, LLC ("Landlord"), in the above-referenced matter, which is a case filed under the Americans With Disabilities Act. Today, I conferred with counsel for the tenant-occupant and Plaintiff's counsel concerning settlement. I am confident that the parties can resolve the issues in the case and enter into a settlement agreement and stipulation for dismissal of the case within the next 30 to 60 days. .

      In furtherance of the parties' negotiations and efforts to settle the case, I respectfully request that the Court issue an order staying all proceedings in the case until August 14, 2020. This request is on consent of all attorneys for all parties in the case.

      Thank you very much for this anticipated courtesy.

Respectfully submitted,

Jay B. Solomon

cc: All attorneys in case (via ECF)

JSOLOMON/12754.0027/2840117