```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAMEL NORRIS,

                Plaintiff,

-against-

VV&V BROTHERS 653 CORP. d/b/a CARA MIA ITALIAN RESTAURANT and 693 NINTH AVENUE PARTNERS, LLC,

                Defendants.

1:19-cv-08988-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

      It having been reported to this Court by the Parties that this case has been settled, it is hereby ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **October 30, 2020**.  If no such application is made by that date, today's dismissal of the action is with prejudice.  *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004).

**SO ORDERED.**

Date:  **August 31, 2020**
        **New York, NY**

                                    */s/ Mary Kay Vyskocil*
                                    **MARY KAY VYSKOCIL**
                                    **United States District Judge**